IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TARSHA HUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-921-WKW |
| ) | |
| TRUSTMARK NATIONAL BANK, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On February 18, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 9) is ADOPTED;

2. Plaintiff's request for a preliminary injunction (Doc. # 1) is DENIED;

3. Defendant's motion to dismiss (Doc. # 5) is GRANTED; and

4. This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 16th day of March, 2016.

                                                        /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE